# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America<br>v.<br><br>LEANDRO F. PINO URIBE (DOB: 12/02/2005)<br><br><br><br>_____<br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No.  26-882M(NJ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____11/17/2025-12/11/2025_____ in the county of _____Milwaukee_____ in the

_____Eastern_____ District of _____Wisconsin_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 371, 2314, and 2315 | conspiracy to violate the laws of the United States; interstate transportation of stolen goods; sale or receipt of stolen goods, securities, or moneys |

This criminal complaint is based on these facts:

See the attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brandon Amerine, Special Agent (FBI)
*Printed name and title*

Sworn via telephone; transmitted via email
pursuant to Fed. R. Crim. 4.1

Date: _____4/13/2026_____

_____
*Judge's signature*

City and state: _____Milwaukee, Wisconsin_____

Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION
## FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Brandon Amerine, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been since May 2019. I am currently assigned to the Milwaukee Field Office, Homeland Security Task Force ("HSTF"). The primary mission of the HSTF is to identify, investigate, disrupt, and dismantle transnational criminal organizations and their associates operating in communities in and around the greater area of Milwaukee. My responsibilities include the investigation of possible violations of federal law, including weapons trafficking, narcotics trafficking, human trafficking, money laundering, conspiracy to commit offenses or to defraud the United States, interstate transfer of stolen goods, the sale of said stolen goods, bank fraud, and aggravated identity theft.

2. As an FBI Special Agent, I have participated in a wide variety of federal investigations and debriefed or participated in the debriefings of defendants, informants, and witnesses. I have participated and conducted physical and electronic surveillance, analyzing telephone toll information obtained through subpoenas, analyzing information obtained through court-ordered pen registers and trap and trace intercepts, overseeing the activities of and debriefing informants, and executing arrest and search warrants including search warrants of historical cell site location information. I have also conducted federal investigations into the use of fraudulent identifications, bank fraud, money laundering, and wire fraud, as well as burglaries, robberies, and other violent crimes. Based on my training and experience, I am familiar with the use of cellphones and other forms of technology to communicate, coordinate, and facilitate the commission of these crimes and to hold and store data associated with the fruits, evidence, and instrumentalities of these crimes, including location information kept on these devices.

3. The facts in this affidavit come from my participation in this investigation, personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is probable cause for the requested criminal complaint and arrest warrant and does not set forth all of my knowledge about this matter.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. §§ 371 (conspiracy to violate the laws of the United States), 2314 (interstate transportation of stolen goods), and 2315 (sale or receipt of stolen goods, securities, or moneys) have been committed by LEANDRO F. PINO URIBE ("URIBE") (DOB: 12/02/2005) and others known and unknown.

### **PROBABLE CAUSE**

5. In December 2025, the United States, including the Federal Bureau of Investigation and Homeland Security Investigations, began investigating multiple burglaries associated with a South American Theft Group (SATG), which involved URIBE and/or others known and unknown. That review revealed that this South American Theft Group rented Airbnb short-term rental properties in Florida, Wisconsin, and Minnesota, which allowed URIBE and others to commit the burglaries and attempted burglaries. The relevant information from a GPS location data, pictures, videos, text messages, encrypted application messages, and network connections from four cellular devices, along with records from various providers is summarized below.

6. On October 17, 2025, at approximately 9:00 p.m., Victim A[1] returned to their home, W289 N32XX[2] Lost Creek Court in the town of Delafield, Waukesha County, Wisconsin and upon

---

[1] Victim A's identity is known to law enforcement, but is not included in the affidavit to protect the victim.

[2] The full address of this residence is known to law enforcement, but not included in the affidavit to protect the victim.

entry, found that a rear glass patio door was broken and items were strewn about the residence. Due to Victim A being unaware if the intruder was still on scene, they ran to a neighbor's home, at which time the Waukesha County Sheriff's Office was called to respond and investigate. The investigation is documented by Waukesha County Sheriff's Office Incident Report W25072497.

7.     Waukesha County Sheriff's Office Deputies arrived on scene and secured the residence. No one was located inside the residence, but Deputies observed that a suspect or suspects appeared to have entered the residence through a broken glass patio door on the main level of the home. Shards of glass from the broken door were observed on the interior of the residence. During a walkthrough of the residence, it appeared that the suspect(s) primarily targeted bedrooms on the upper level, specifically the master bedroom, as multiple jewelry cases and drawers were open, along with clothes scattered about. Victim A later confirmed that approximately 100 pieces of jewelry were missing from the empty jewelry cases. Additionally, a pillowcase was missing and appeared to have been taken to carry the stolen items. The scene was photographed, and several surfaces were fingerprinted for possible evidence left by the suspect(s).

8.     Victim A provided information that the residence is primarily occupied by him/her and his/her spouse and their adult son. Victim A advised his/her spouse had been out of town and that he/she had left the residence that night around 6:30 p.m. to go to dinner with a friend. When he/she left the home, their adult son was still home, but also left the home around 7:15 p.m. to watch a sporting event at a local restaurant. The residence was equipped with ADT motion sensors, which the family was able to review. The motion sensors detected regular movement in the home between approximately 7:48 p.m. and 8:12 p.m., believed to be associated with the suspect(s).

9.     A neighborhood canvas was conducted by the Waukesha County Sheriff's Office, but no one was able to identify any suspicious activity that occurred at Victim A's residence during

3

the time of the burglary. Responding deputies observed that Victim A's residence is at the end of a cul-de-sac, bordered by woods.

10. Waukesha County Sheriff's Office detectives were assigned to continue the burglary investigation. The modus operandi of this burglary was the same or substantially the same as other reported burglaries in Waukesha County and Ozaukee County, specifically the city of Mequon. On Friday, September 5, 2025, a burglary occurred in the same town of Delafield at N32 W294XX[3] Mozart Road. The residence was also at the end of a cul-de-sac and bordered by woods. Entry was also gained by breaking glass at a rear patio door, several items of jewelry were taken from the master bedroom and a pillowcase was also taken. The suspect(s) were believed to have been scared by the return of the homeowners, and some items of jewelry were located in a wooded path at the rear of the Mozart Road. This case was assigned Waukesha County Sheriff's Office Incident Report W25062520.

11. On Friday, October 10, 2025, the Mequon Police Department investigated a burglary at 24XX[4] W. Range Line Terrace, Mequon, WI. The residence is on a cul-de-sac bordering woods. Entry was made through a broken window outside of a second-floor balcony. The suspect(s) targeted the master bedroom/master bathroom, and a large amount of jewelry was stolen. This investigation is documented by Mequon Police Department Incident Report 25-027167.

12. On Thursday, October 16, 2025, the Mequon Police Department investigated another burglary at 101XX[5] Hunt Club Court, Mequon, WI. The residence is on a cul-de-sac and

---

[3] The full address of this residence is known to law enforcement but not included in the affidavit to protect the victim.

[4] The full address of this residence is known to law enforcement but not included in the affidavit to protect the victim.

[5] The full address of this residence is known to law enforcement but not included in the affidavit to protect the victim.

bordered by woods. The suspect(s) entered the home through a broken glass patio door. The items stolen included jewelry, cash, and silver coins. A police K-9 led investigators to believe that the suspect(s) utilized the woods to approach and exit the residence. The homeowners confirmed that a pillowcase was removed from the bed and was missing, located in the same room that the jewelry was missing. This investigation is documented by Mequon Police Department Incident Report 25-027665.

13. On October 31, 2025, the Waukesha County Sheriff's Office was contacted by Mequon Police Department detectives. The Mequon Police Department shared a video from a trail camera near 13700 Hillside Drive, Mequon, WI. The trail camera video, taken on Thursday October 30, 2025 at approximately 7:30 p.m., depicted three individuals walking through the woods. The three individuals all appeared to be wearing gloves or masks and carrying backpacks. As the individuals approached the trail camera, they immediately turned around and went the opposite way. The resident who owned the trail camera received a real-time notification of the activity. Law enforcement personnel responded to the scene to establish a perimeter but the three suspects were not found.

14. On November 4, 2025, the Washington County Sheriff's Office contacted the Waukesha County Sheriff's Office and advised there was a similar burglary that occurred on November 1, 2025 at 31XX[6] Wedgewood Drive, Colgate, WI. The residence was located on a cul-de-sac surrounded by woods. Washington County Sheriff's Office advised that between approximately 7:00 p.m. and 10:00 p.m., unknown suspect(s) entered the residence by breaking a rear bedroom window targeting cash and jewelry, but leaving behind other valuables such as

---

[6] The full address of this residence is known to law enforcement but not included in the affidavit to protect the victim.

electronics. The Waukesha County Sheriff's Office prepared and served a tower dump and area search warrants to T-Mobile, AT&T, US Cellular, and Verizon for the areas of the reported burglaries.

15. On November 5, 2025, Waukesha County Sheriff's Office received records from T-Mobile which identified four International Mobile Subscriber Identifiers (IMSI) that were considered suspect IMSI's in the burglaries. The IMSI's identified by Waukesha County Sheriff's Office were 310260423280089, 310260126406195, 310260555960125, and 310260620760105. Waukesha County Sheriff's Office based this off the fact these four IMSI's were each in the area of Delafield during the investigative timeframe and in the area of Mequon during the investigative timeframe. More specifically, Waukesha County Sheriff's Office identified the following:

a. IMSI 310260423280089 was in the general area of the victim residence on Hunt Club Court in Mequon on October 16, 2025 from approximately 6:44 p.m. to 7:32 p.m. This IMSI is also in the general area of the victim residence on Lost Creek Court on October 17, 2025 from approximately 8:21 p.m. to 8:22 p.m.

b. IMSI 310260126406195 is in the general area of the victim residence on Hunt Club Court in Mequon on October 16, 2025 from approximately 6:42 p.m. to 7:31 p.m. This IMSI is also in the general area of the victim residence on Lost Creek Court on October 17, 2025 from approximately 7:56 p.m. to 8:21 p.m.

c. IMSI 310260555960125 is in the general area of the victim residence on Hunt Club Court in Mequon on October 16, 2025 from approximately 6:43 p.m. to 7:25 p.m. This IMSI is also in the general area of the victim residence on Lost Creek Court on October 17, 2025 from approximately 7:49 p.m. to 8:21 p.m.

6

d. IMSI 310260620760105 is in the general area of the victim residence on Hunt Club Court in Mequon on October 16, 2025 from approximately 6:42 p.m. to 6:54 p.m. This IMSI is also in the general area of the victim residence on Lost Creek Court on October 17, 2025 from approximately 7:30 p.m. to 8:21 p.m.

16. Based on the distance between Lost Creek Court in Delafield and N. Hunt Club Circle in Mequon, it was likely that the same four IMSI's being detected near the burglaries, on different days but times consistent with both burglaries, would be consistent with the unknown suspect(s). Waukesha County Sheriff's Office previously served an additional warrant to T-Mobile for records associated with the four IMSI numbers listed above.

17. On November 19, 2025, T-Mobile produced records to the Waukesha County Sheriff's Office associated with four T-Mobile accounts related to the IMSI numbers. The records did not include any identifying subscriber information, but did include call and text history, location data, related IMEI's, and the identification of the phone numbers associated with each IMSI.

    a. 310260423280089 / phone number 612-221-2511

    b. 310260126406195 / phone number 407-528-1751

    c. 310260555960125 / phone number 321-316-9186

    d. 310260620760105 / phone number 321-316-9199

18. Furthermore, T-Mobile records also identified the following International Mobile Equipment Identity (IMEI) numbers, linked to each IMSI / account. These IMEI numbers are unique to a cellular device and detailed below:

    e. IMSI – 310260126406195

        i. IMEI: 3561407733112407

7

ii.  IMEI: 356140773311240

f.  IMSI – 310260423280089

i.  IMEI: 3567271131783243

ii.  IMEI: 3534604707087301

g.  IMSI – 310260555960125

i.  IMEI: 3515823727966106

ii.  IMEI: 351582372796617

h.  IMSI – 310260620760105

i.  IMEI: 3550082803027707

ii.  IMEI: 355008280302773

19.  Based then on the Waukesha County Sheriff's Office's analysis of the records, they identified one additional IMEI number pertinent to the investigation, that being: 356727113178329.

20.  On November 25, 2025, the Waukesha County Sheriff's Office swore out a warrant and served to Apple, Inc. for information related to the IMEI's they identified. On December 8, 2025, Apple provided the Waukesha County Sheriff's Office a response to their warrant which identified identifying and subscriber information for Apple accounts associated with the IMEI numbers but did not provide any stored content for the accounts. Apple provided the following information related to five accounts associated with the identified IMEI numbers.

21.  Location data was analyzed for the above phone records which provided a timeline of activity related to the above devices. The location history indicated that between about September 3, 2025 and November 2, 2025, the devices routinely traveled back and forth across the country, believed to originate from Florida. Historical data was available for IMSI *6195

8

beginning on August 20, 2025, IMSI *0089 beginning on September 4, 2025, and IMSI's *0105 and *0125 beginning on September 10, 2025. A summary of the approximate movement is provided below:

    i. Between August 20, 2025 and September 2, 2025: *6195 is in Florida until September 2, 2025.

    j. September 3, 2025: *6195 arrives in Minnesota.

    k. September 4, 2025: *0089 appears in Minnesota.

    l. September 7, 2025: Devices leave Minnesota.

    m. September 8, 2025: Devices arrive in Florida.

    n. September 10, 2025: *0105 and *0125 also appear in Florida.

    o. September 16, 25: Devices leave Florida.

    p. September 17, 2025: Devices arrive in Wisconsin.

    q. September 21, 2025: Devices leave Wisconsin.

    r. September 22, 2025: Devices arrive in Florida.

    s. October 7, 2025: Devices leave Florida.

    t. October 8, 2025: Devices arrive in Minnesota.

    u. October 12, 2025: Devices leave Minnesota.

    v. October 13, 2025: Devices arrive in Florida.

    w. October 14, 2025: Devices leave Florida.

    x. October 15, 2025: Devices arrive in Wisconsin.

    y. Between October 16, 2025 and October 17, 2025: Burglaries in Delafield and Mequon, as described above.

    z. October 18, 2025: Devices leave Wisconsin.

aa. October 19, 2025: Devices arrive in Florida.

bb. October 22, 2025: Devices leave Florida.

cc. October 23, 2025: Devices arrive in Minnesota, with a similar burglary in Mendota Heights, MN.

dd. October 27, 2025: Devices leave Minnesota.

ee. October 28, 2025: Devices arrive in Florida.

ff. October 29, 2025: Devices leave Florida.

gg. October 30, 2025: Devices arrive in Minnesota, with related burglaries in Orono, Minnesota and Lake Elmo, Minnesota.

hh. November 2, 2025: Devices leave Minnesota.

22. On November 2, 2025, after leaving Minnesota, the suspect devices stopped at a cannabis dispensary in Carbondale, IL. Related surveillance footage from the business captured a black Mercedes SUV arriving. This vehicle was later identified as a 2020 Mercedes-Benz GLC 350 (FL: DM60TA) registered to an individual in Miami, FL. The driver exited the vehicle and entered the store, where he was identified by an unknown country's passport as "LEONARDO QUISEPE" (DOB: 01/07/1999) and later identified by law enforcement as LUCIANO ALEXIS SILVA CIFUENTES (DOB: 01/17/2002), a Chilean national. The driver appeared to be a Hispanic male approximately 5'2" tall. During the transaction, the male subject provided the store with telephone number 407-528-1751, previously identified as one of the phone numbers listed above.

23. The vehicle and devices returned to Florida, and on November 4, 2025, as the devices appeared ready to leave the state again, the Mercedes was stopped by the Hamilton County Sherrif's Department in Florida. The driver was arrested for reckless driving and booked into their jail under the name "JOSE LUIS CENTENO COLONIA" of Peru, later identified by law

10

enforcement as ENJERBET ALEJANDRO ROJAS SILVA (DOB: 04/27/2006), a Chilean national. Phone records show that after the time of the traffic stop, several of the devices traveled to a nearby gas station where they remained for about three hours before returning to the Kissimmee, FL area.

24. On November 6, 2025, CENTENO COLONIA attempted to communicate from jail with another previously identified suspect phone number, 321-316-9186, that matched one of the four IMSI devices. This was discovered as the phone number ending in 9186 received a text message from an inmate messaging service which indicated "CENTENO COLONIA" was attempting to contact them. It is unclear if any communications occurred as Hamilton County Jail advised that they had no records of communications made by CENTENO COLONIA.

25. On November 7, 2025, CENTENO COLONIA was released from Hamilton County Jail after his $6,000 cash bond was posted by a subject identified as "JESUS LAYA." Hamilton County Jail did not have any additional records regarding LAYA. It was later determined by Waukesha County Sheriff's Office that CENTENO COLONIA was actually ENJERBET ALEJANDRO ROJAS SILVA.

26. On December 5, 2025, the Waukesha County Sheriff's Office served a pen register and trap and trace warrant to T-Mobile for records associated with the four suspect phone numbers, 612-221-2511, 407-528-1751, 321-316-9186, and 321-316-9199. T-Mobile provided records which indicated that two of the above numbers, 612-221-2511 and 321-316-9199, no longer had active accounts; 407-528-1751 was active and providing location data, 321-316-9186, associated with IMSI – 310260555960125, had recently changed its phone number, but the account was still active. Waukesha County Sheriff's Office obtained a second PRTT warrant from T-Mobile for updated records related to IMSI 310260555960125, which was served on December 9, 2025. T-

11

Mobile identified the new telephone number assigned to IMSI 310260555960125, as 612-806-1110.

27.     After serving the above warrants, T-Mobile provided updated location records related to phone numbers 407-528-1751 and 612-806-1110 dating back to November 10, 2025. The records detailed that between November 20, 2025 and November 23, 2025, the two suspect devices had travelled back to Minnesota. The obtained data was shared with investigators in the Greater Minnesota area, who linked the suspect devices to two reported burglaries on November 20, 2025 in Edina, MN; and one reported burglary on November 21, 2025 in Mendota Heights, MN.

28.     The suspect devices then returned to Florida, before returning to Wisconsin on December 3, 2025. The devices remained in Wisconsin until returning to Florida on December 7, 2025. During this timeframe, burglaries were reported on December 4, 2025 in Fox Point, WI; December 5, 2025 in De Pere, WI; and, December 6, 2025, in Middleton, WI. Waukesha County Sheriff's Office was able to compare known locations of the suspect devices at each burglary location during the above burglary dates and times. Through a comparison of known locations of the suspect devices to Flock Safety traffic cameras, Waukesha County Sheriff's Office identified the vehicle used by the suspects was a white Nissan Rogue SUV (FL: FMSB90), registered to an owner in Casselberry, FL. Flock records documented the vehicle's movement from Florida to Wisconsin and back to Florida, consistent with the burglary locations and locations of the suspect devices.

29.     On December 10, 2025, at approximately 7:00 p.m., the suspect devices were detected traveling together as the devices left Florida on Interstate 75 heading north. At 10:19 p.m., a Flock Safety camera observed a red Dodge Durango (FL: DW01LC) near Interstate 75 near mile

marker 74 northbound in Turner County, Georgia. T-Mobile records for the suspect devices placed them in the same area.  A check of the vehicle's registration identified it as a 2022 Dodge Durango (VIN: 1C4RDHDGXNC101523), registered to the same person in Casselberry, FL.

30.     On December 11, 2025 at approximately 8:20 a.m., a Flock camera observed the Dodge Durango near Marion, IL (#16 The Hill / East of 57). The T-Mobile records for the suspect devices again placed them near Marion, IL. At approximately 11:09 a.m., a license plate reader under the control of Illinois State Police captured the Dodge Durango on I-55-104, at the same time the T-Mobile records placed the devices on Interstate 55 near Divernon, IL. At approximately 2:27 p.m., an Illinois State Police camera captured the Dodge Durango on Interstate 90 at Newburg Road, Rockford, IL. T-Mobile location data placed the devices on Interstate 90, also in Rockford, IL.

31.     Waukesha County Sheriff's Office continued to monitor the Flock Safety camera reports of the Dodge Durango, in conjunction with the T-Mobile location records, which documented both the Durango and the suspect devices traveling together, northbound on Interstate 43 into Wisconsin. This information was relayed to patrol deputies with Waukesha County Sheriff's Office, who were advised to stage along Interstate 43 in an attempt to locate and stop the vehicle.

32.     On December 11, 2025, at approximately 4:15 p.m., Waukesha County Sheriff's Office observed the same red Dodge Durango pass their location and conducted a traffic stop of the vehicle. The Dodge Durango had three occupants. The driver was initially identified as "LEONARDO MATEO QUISEPE GARCIA" (DOB: 01/07/1999). This identity was determined to be a fraudulent identity. With the assistance of Homeland Security Investigations (HSI) and Immigration and Customs Enforcement (ICE), the driver was later determined to be LUCIANO

13

ALEXIS SILVA CIFUENTES (DOB: 01/17/2002) of Chile. CIFUENTES was found to be in possession of a blue Apple iPhone 16 assigned call number 407-528-1751 associated with one of the suspect devices. The front seat passenger was identified as ENJERBET ALEJANDRO ROJAS SILVA (DOB: 04/26/2006) of Chile. This was the same subject that was arrested on November 4, 2025 by HCSD in Florida. SILVA was found in possession of a white Apple iPhone 16 assigned call number 612-806-1110. The third passenger located in the rear passenger compartment was identified as LEANDRO F. PINO URIBE (DOB: 12/02/2005) of Chile. URIBE was found in possession of a black Apple iPhone 13 assigned call number 786-516-6535.[7]

33.     During a search of the Dodge Durango, multiple items of evidentiary value were discovered within the vehicle. In the passenger compartment, investigators located a black backpack containing the following tools: Dewalt Sawzall, 12 red Diablo Sawzall blades, and 26 black radio antennas consistent in appearance with those utilized with Wi-Fi signal jammers used to disrupt Wi-Fi connections and security system equipment. Lying on the floorboard of the vehicle, Waukesha County Sheriff's Office found two window punch devices. All of these are burglary tools used to commit the types of burglaries described here. Additionally, fraudulent Peruvian identifications, including an identification card and passport were located for "JOSE MARTIN MARTEL MONTOYA," containing the picture of URIBE. Another fraudulent Ecuadorian identification of "CARLOS ENRIQUE CEDEMOS PERDOMO" was located containing a picture of ROJAS SILVA. A fourth cell phone, a black Samsung Galaxy A16 assigned call number 110028195695608, was also located in the rear passenger compartment.

---

[7] On or about January 30, 2026, the Honorable Nancy Joseph, United States Magistrate Judge of the Eastern District of Wisconsin, issued a warrant to search these three devices—along with the fourth cellphone, a Samsung Galaxy, described below—under Case No. 26-859M for evidence related to these offenses, and that warrant is incorporated by reference.

14

34. All three subjects were identified by HSI and ICE as being in the country illegally and were then transported to the Waukesha County Jail for booking and interviews. Immigration holds were also placed on the three subjects.

35. URIBE was ultimately charged with possession of burglarious tools, in violation of Wisconsin Statutes 943.12 and 939.05, in Waukesha County Case Number 2025CF002081. SILVA was charged with burglary of a building or dwelling in violation of Wisconsin Statutes 943.10(1m)(a) and 939.05, and possession of burglarious tools, in violation of Wisconsin Statutes 943.12 and 939.05, in Waukesha County Case Number 2025CF002082. CIFUENTES was charged with burglary of a building or dwelling in violation of Wisconsin Statutes 943.10(1m)(a) and 939.05, and possession of burglarious tools, in violation of Wisconsin Statutes 943.12 and 939.05, in Waukesha County Case Number 2025CF002083.

36. Based on information provided by the Waukesha County Sheriff's Office, the location information for URIBE's phone, SILVA's phone, and CIFUENTES's phone all had patterns of movement and travel in concert from November 17, 2025 until the traffic stop on December 11, 2025, including travel to Minnesota between November 20, 2025 and November 22, 2025, and Wisconsin between December 3, 2025 and December 7, 2025, where there were other reported burglaries.

### November 20, 2025 – Burglary of 63XX Westwood Court, Edina, MN[8]

37. On November 20, 2025, at approximately 6:25 p.m., the Edina Police Department was dispatched to 63XX Westwood Court, Edina, MN to assist with a report of a forced entry burglary. Upon arrival, officers cleared the residence, starting at the glass patio door. The patio

---

[8] The victim's address is known to law enforcement, but not included in the affidavit for the victim's safety.

door was locked, and the center glass pane was entirely shattered. There was an approximately two inch hole at the bottom of the shattered glass. During the clearance of the home, no suspects were located inside. According to the Edina Police Department, all doors to the home appeared to be locked, but several areas of the home appeared to be disrupted and rummaged through. There were drawers pulled out in bedrooms upstairs and on the main level. The door that was shattered was a back patio door, which led directly into the master bedroom. The master bedroom had a drawer pulled out of the nightstand and a drawer pulled out of the television stand. The master bedroom closet appeared to be the most disturbed with purses, shoes, and clothes strewn about. There were miscellaneous bathroom items found on the floor as well. It did not appear that anything else on the main level was tampered with, even though the dining room was filled with valuable silver items. Upstairs, there were two bedrooms in which the drawers to the dresser and nightstand were pulled open.

38. During a subsequent search of the exterior of the home, the Edina Police Department and their K9 located a black and yellow flat crowbar lying on the ground in the corner by some evergreen trees and a tan leather mitten lying on top of a leaf covered portion of grass, with no leaves on top of the mitten. The Edina Police Department collected the crowbar and mitten as evidence.

39. The Edina Police Department learned that the homeowners, Victim 1 and Victim 2, were in Florida at the time of the burglary and left on Halloween. Their daughter and son responded to the residence with the homeowners on Facetime. The Edina Police Department conducted a walk through with all parties, and learned that all of Victim 2's jewelry had been taken from her jewelry box. The jewelry box was sitting on top of a dresser in the center of their master bedroom closet. The jewelry box had all compartments open and was completely empty. The

16

victims confirmed they had nothing of great value in the residence aside from Victim 2's jewelry and silver in the dining room. The parties confirmed that all open drawers and doors would have been opened by the subjects, as their house cleaner had been there on Thursday, November 13, 2025. Nobody had access to their house aside from their children and housekeeper. The total estimated loss at the time of the report, based on the insurance documents, was $297,641.

40. A review of CIFUENTES's blue Apple iPhone 16 assigned call number ending in 407-528-1751 and SILVA's white Apple iPhone 16 assigned call number 612-806-1110 and prior call number 786-969-3360 revealed the following relating to the burglary at 63XX Westwood Court, Edina, MN:

    a. Location information retrieved from CIFUENTES' device include the following:

        i. On November 18, 2025, CIFUENTES' device was located at or around 28.250546, -81.590395, near 180 Villa Domani Court, Davenport, FL at approximately 6:52 p.m.; at or around 28.304539, -81.431323 via a network connection near the intersection of West Vine Street and North Orange Boulevard in Kissimmee, FL at approximately 10:04 p.m.;

        ii. On November 19, 2025, CIFUENTES' device was located at or around 41.221802, -81.068493, Casey's General Store at 119 Ray Richardson Road, Tonica, IL at approximately 6:06 p.m.; at or around 35.455823, -86.048709, BP Gas at 2360 Hillsboro Boulevard, Manchester, TN at approximately 9:18 a.m.; at or around 39.162357, -88.687909 near East 1700th Avenue, Shumway, IL at approximately 12:35 p.m.

        iii. On November 20, 2025, CIFUENTES' device was located at or around 44.879674, -93.282177, 6800 Pillsbury Avenue, Richfield, MN at

17

approximately 9:57 a.m.; at or around 44.886633, -93.288197, Lakewinds Food at 6420 Lyndale Avenue South, Richfield, MN at approximately 11:34 a.m.

b. Photos and videos recovered from CIFUENTES' device include the following:

 i. On November 19, 2025, at approximately 12:41 a.m., a video depicting a vehicle with a Kia steering wheel driving on the road.

 ii. On November 20, 2025, at approximately 8:56 p.m., a photo of a hand wearing a gold banded Rolex watch with a white watch face and the word "Orchid" on the watch face, as seen below:



 1.

  a. During an interview on March 11, 2026, the victims confirmed that the gold Rolex watch was theirs.

 iii. On November 21, 2025, at approximately 12:36 a.m., a photo of CIFUENTES in a brown sweatshirt wearing two cross necklaces, as seen below:

18



1.

    a. During an interview on March 11, 2026, the victims confirmed that both cross necklaces were theirs.

iv. On November 22, 2025, at approximately 8:32 p.m.; a photo depicting two people sitting at a wood table with various jewelry, precious metals, and jewelry boxes laid out on the table. There is a white binder bearing the words, "Sunny Crest C" on the table as well, as seen below:



1.

    a. During an interview on March 11, 2026, the victims confirmed that many of the items of jewelry were theirs to include an identifiable opal piece.

v. On November 22, 2025, at approximately 8:44 p.m., a photo of CIFUENTES sitting at a wood table with various jewelry, precious metals,

19

and jewelry boxes laid out on the table. There is a white binder bearing the words, "Sunny Crest C" on the table as well, as seen below:



1.

    a. During an interview on March 11, 2026, the victims confirmed that many of the items of jewelry were theirs to include the gold Rolex watch on the table, both necklaces worn by CIFUENTES, and a set of matching gold earrings, amongst others.

c. Photos with embedded location information retrieved from SILVA's device include the following:

    i. On November 20, 2025 between approximately 8:45 p.m. and 9:20 p.m., photos of SILVA wearing various items of jewelry with GPS metadata at or around 44.879658, -93.282198, at 6900 Pillsbury Avenue, Richfield, MN[9], as seen below:

---

[9] This is the same location as documented as visiting by CIFUENTES' device on November 20, 2025.



1.

    a. During an interview on March 11, 2026, the victims confirmed that many of the items of jewelry were theirs to include the multi-band pearl bracelet on SILVA's right wrist, the ring on SILVA's right hand, and the diamond shaped silver necklace with purple gems around SILVA's neck.

ii. On November 21, 2025 at approximately 4:04 p.m., a photo of SILVA and another individual with a black pirate flag covering his face, resembling URIBE, both wearing various items of jewelry, as seen below:



1.

    a. During an interview on March 11, 2026, the victims confirmed that many of the items of jewelry were theirs to

21

include the multi-band pearl bracelet on SILVA's wrist, the diamond shaped silver necklace with purple gems around SILVA's neck, and the silver and gold-colored watch on the individual's wrist who is wearing a black t-shirt.

b. Based on a mark or scar on URIBE's hand and the red band or bracelet, seen in photos below from the burglary on December 6, 2025, I believe that URIBE is the person above whose face is covered by the pirate flag.

iii. On November 22, 2025 between approximately 1:09 p.m. and 1:27 p.m., photos of a table with various jewelry and foreign currency laid out on it and SILVA standing near the table with jewelry, with GPS metadata at or around 44.879711, -93.282220, corresponding with 6800 Pillsbury Avenue, Richfield, MN, as seen below:

1.

**<u>December 6, 2025 – Burglary at 39XX[10] Caribou Road, Verona, WI</u>**

---

[10] The victim's address is known to law enforcement, but not included in the affidavit for the victim's safety.

41.    On December 6, 2025, a burglary was reported at 39XX Caribou Road, Verona, WI. The Dane County Sheriff's Department responded and conducted a follow-up investigation and interviews of the victims. The victims reported that they left town on December 5, 2025, at approximately 1:00 p.m. The victim also reported seeing a car of an unknown color, occupied, parked in the cul-de-sac outside of their residence on December 4, 2025, at approximately 4:30 p.m. and 5:00 p.m.

42.    During the Dane County Sheriff's Department's investigation, investigators determined that on December 6, 2025, at approximately 6:37 p.m., two suspects arrived at a rear window of the residence. They were later determined to have parked at Goth Park and walked through a wooded area to the burglarized residence. At 6:44 p.m., the same two suspects entered the residence through a window that had been broken. At approximately 7:07 p.m., the suspects left the residence, exiting from the same window in which they entered and appeared to follow their tracks back to Goth Park.

43.    The victims' window break alarm was not activated upon the break-in due to the thick drapes that covered and muffled the broken window. The victims reported the alarm system was tested on December 3, 2025 without any issues. The Dane County Sheriff's Department provided the following picture of a suspect that was obtained from an interior camera of the residence



a.

23

44.     The Dane County Sheriff's Department determined that an estimated $40,000 to $80,000 in U.S. currency and $150,000 to $200,000 in jewelry was taken from the victim's residence.

45.     A review of CIFUENTES's blue Apple iPhone 16 assigned call number 407-528-1751 revealed the following relating to the burglary at 39XX Caribou Road, Verona, WI:

      b.     On December 6, 2025, between approximately 10:00 p.m. and 11:00 p.m.: Various photos of CIFUENTES and URIBE sitting and laying on the floor with cash and a blue and yellow bag. CIFUENTES can be seen holding what appears to be a blue smartphone, as seen below:

         i.



         ii.



46.     A review of SILVA's white Apple iPhone 16 assigned call number 612-806-1110 revealed the following relating to the burglary at 39XX Caribou Road, Verona, WI:

c.  On December 6, 2025 between approximately 9:00 p.m. and 11:30 p.m., photos depicting SILVA, CIFUENTES, and URIBE with cash, jewelry, and a blue and yellow handbag.

d.  At approximately 10:15 p.m. with GPS coordinate metadata of -43.010272, -87.977548, corresponds with 5114 West Burnham St, West Milwaukee, WI, and SILVA, CIFUENTES, and URIBE taking a selfie with cash on the floor as seen below:



i.

e.  On December 7, 2025, at approximately 4:33 p.m. with GPS metadata of 33.772658, -84.390359 corresponds with Interstate 85 in Atlanta, Georgia: A photo depicting a vehicle on a highway with road signs for "Augusta" and "Birmingham", "Exit 247".

f.  On December 8, 2025, at approximately 12:01 a.m., photos of cash in rubber bands being dumped from a white bag and organized on a clear glass table, as seen below:

25



i.

g. On December 8, 2025, at approximately 1:21 a.m., two photos of blue gems being weighed on a digital scale with various jewelry on table beside the scale, as seen below:

 

## **CONCLUSION**

47.     Based on the foregoing, I submit that there is probable cause to believe that between November 17, 2025 and December 11, 2025, in the State and Eastern District of Wisconsin and elsewhere, LEANDRO F. PINO-URIBE  and others known and unknown, have committed violations of 18 U.S.C. §§ 371 (conspiracy to violate the laws of the United States), 2314 (interstate transportation of stolen goods), and 2315 (sale or receipt of stolen goods, securities, or moneys).

26